**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jacqueline Cobb | Social Security number or ITIN   xxx–xx–2577 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–10673–SLM | |

## Order of Discharge                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jacqueline Cobb

4/13/17                                **By the court:** <u>Stacey L. Meisel</u>
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 17-10673-SLM
Jacqueline Cobb                                                 Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Apr 13, 2017
                              Form ID: 318             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2017.
db            +Jacqueline Cobb,    480 Kaplan Ave.,    Hackensack, NJ 07601-1105
516589942     +Mike Hoensch Tank, Company,    PO Box 428,    Warwick, NY 10990-0428
516589944     +Select Portfolio Servicing,    3815 S. West Temple St., #200,    Salt Lake City, UT 84115-4412
516589946     +US Dept of Education,    2401 International,    PO Box 7859,    Madison, WI 53707-7859
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 13 2017 22:41:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2017 22:41:39       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516589936     +EDI: CHASE.COM Apr 13 2017 22:28:00       Chase/Bank One,    PO Box 15298,
                 Wilmington, DE 19850-5298
516589937     +EDI: CITICORP.COM Apr 13 2017 22:28:00       Citibank/Citicards,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
516589938     +EDI: WFNNB.COM Apr 13 2017 22:28:00       Comenity Bank/New York & Co.,    PO Box 182789,
                 Columbus, OH 43218-2789
516589939      EDI: DISCOVER.COM Apr 13 2017 22:28:00       Discover Financial Services,    PO Box 15316,
                 Wilmington, DE 19850-5316
516589940     +EDI: TSYS2.COM Apr 13 2017 22:28:00       DSNB/Macy's,    PO Box 8218,    Mason, OH 45040-8218
516589941     +EDI: MERRICKBANK.COM Apr 13 2017 22:28:00       Merrick Bank,    PO Box 1500,
                 Draper, UT 84020-1500
516589943     +EDI: NAVIENTFKASMSERV.COM Apr 13 2017 22:28:00       Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
516589945     +EDI: RMSC.COM Apr 13 2017 22:28:00       SYNCB/Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
516589947     +E-mail/Text: vci.bkcy@vwcredit.com Apr 13 2017 22:41:49       Volkswagen Credit, Inc.,
                 1401 Franklin Blvd.,    Libertyville, IL 60048-4460
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2017 at the address(es) listed below:
              David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee, in
               trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3,
               Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jeffrey A. Lester    on behalf of Debtor Jacqueline   Cobb jlester@bllaw.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```