UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     JACQUELINE COBB

Case No.: 17-10673-SLM
Chapter: 7
Judge: Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

_____David Wolff_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> United States Bankruptcy Court
> 50 Walnut Street
> 3rd Floor
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _____Stacey L. Meisel_____ on _____May 30, 2017_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3A__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
> Real property located at 480 Kaplan Avenue, Hackensack, New Jersey
> Value: $379,000.00

> Liens on property:
> Select Portfolio Servicing, Inc.
> $351,000.00

> Amount of equity claimed as exempt:
> $8,200.00

Objections must be served on, and requests for additional information directed to:

Name:     David Wolff, Trustee
Address:     396 Route 34, Matawan, New Jersey 07747
Telephone No.:     (732) 566-1189

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-10673-SLM
Jacqueline Cobb                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1           Date Rcvd: May 02, 2017
                              Form ID: pdf905        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2017.
db         +Jacqueline Cobb,   480 Kaplan Ave.,   Hackensack, NJ 07601-1105
516589936  +Chase/Bank One,   PO Box 15298,   Wilmington, DE 19850-5298
516589937  +Citibank/Citicards,   PO Box 6241,   Sioux Falls, SD 57117-6241
516589938  +Comenity Bank/New York & Co.,   PO Box 182789,   Columbus, OH 43218-2789
516589940  +DSNB/Macy's,   PO Box 8218,   Mason, OH 45040-8218
516589942  +Mike Hoensch Tank, Company,   PO Box 428,   Warwick, NY 10990-0428
516589944  +Select Portfolio Servicing,   3815 S. West Temple St., #200,   Salt Lake City, UT 84115-4412
516589946  +US Dept of Education,   2401 International,   PO Box 7859,   Madison, WI 53707-7859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 02 2017 22:30:34     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2017 22:30:30    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516589939    E-mail/Text: mrdiscen@discover.com May 02 2017 22:29:47     Discover Financial Services,
               PO Box 15316,   Wilmington, DE 19850-5316
516589941   +E-mail/Text: bkr@cardworks.com May 02 2017 22:29:43     Merrick Bank,   PO Box 1500,
               Draper, UT 84020-1500
516589943   +E-mail/PDF: pa_dc_claims@navient.com May 02 2017 22:35:01     Navient,   PO Box 9500,
               Wilkes Barre, PA 18773-9500
516589945   +E-mail/PDF: gecsedi@recoverycorp.com May 02 2017 22:23:16     SYNCB/Care Credit,
               PO Box 965036,   Orlando, FL 32896-5036
516589947   +E-mail/Text: vci.bkcy@vwcredit.com May 02 2017 22:30:43     Volkswagen Credit, Inc.,
               1401 Franklin Blvd.,   Libertyville, IL 60048-4460
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
          David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association, as Trustee, in
           trust for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2006-NC3,
           Asset Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Jeffrey A. Lester    on behalf of Debtor Jacqueline  Cobb jlester@bllaw.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4